STEVEN G. KALAR
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
(415) 436-7700

Counsel for Defendant SOLIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MARVIN SOLIS, )<br>)<br>Defendant. )<br>_____) | No. CR 13-0589 EMC<br><br>**STIPULATION AND [PROPOSED]
ORDER TO CONTINUE STATUS
HEARING AND FOR EXCLUDING
TIME UNDER 18 U.S.C. § 3161** |

The parties in this case agree and jointly request the Court to move the next status conference in the above captioned case to January 29, 2014 at 1:30 p.m. for a change of plea. The purpose of the requested continuance is due to a need for continuity of counsel and effective representation of counsel, as defense counsel needs additional time to review discovery and the plea agreement with Mr. Solis.

The parties also submit and agree that an exclusion of time under the Speedy Trial Act is needed for the entire period of time between today, December 18, 2013 and January 29, 2014, as defense counsel is also continuing to review the discovery regarding the appropriate loss amount in the case in order to counsel Mr. Solis about the plea agreement with the government.

The parties agree that the ends of justice served by granting such an exclusion of time for the purposes of effective preparation of counsel and continuity of counsel outweigh the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. §§ 3161(h)(7)(A) and

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 13-589 EMC

(B)(iv). Because the case is still under seal, the parties also jointly move to unseal the case at this time, as there is no need for it to remain under seal any longer.

    For the reasons stated above, the parties stipulate to continue the change of plea hearing to January 29, 2014 at 1:30 p.m.

SO STIPULATED:

                              MELINDA HAAG
                              United States Attorney

DATED: January 24, 2014              /s/
                              KATHERINE DOWLING
                              Assistant United States Attorney

DATED: January 24, 2014              /s/
                              ELIZABETH FALK
                              Attorney for Defendant Marvin Solis

## [PROPOSED] ORDER

    For the reasons stated above the Court hereby CONTINUES the status conference hearing in the aforementioned case from January 22, 2014 to January 29, 2014 at 1:30 p.m. The Court further finds that the exclusion from the time limits of this period applicable under 18 U.S.C. § 3161 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. Denying the requested exclusion of time would deprive the defendant effective preparation of counsel and continuity of counsel, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

    The Court also further orders that this case be unsealed at this time.

    IT IS SO ORDERED.

DATED: 1/27/14                                                
                                        THE HONORABLE EDWARD M. CHEN
                                        United States District Judge